**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:

**DERONDA M EUBANKS**

**CHAPTER 13**
**CASE NO. 25-60870**

**Debtor**

## TRUSTEE'S OBJECTION TO CONFIRMATION, MOTION TO DISMISS, AND REQUEST FOR DOCUMENTS AND AMENDMENTS

COMES NOW the Chapter 13 Trustee, and (i) submits this request for documents and amendments from the Debtor(s) following the meeting of creditors, and (ii) objects to confirmation of the Plan filed on 08/12/2025 and (iii) moves to dismiss this case unless all of the objections and requests for documents and amendments have been resolved prior to the hearing. The hearing on the Trustee's objection to confirmation and motion to dismiss or convert shall be held on:

**September 11, 2025 at 9:30 a.m.**

Parties should contact Judge Connelly's courtroom deputies at
VAWBml_Connelly_Scheduling@vawb.uscourts.gov
to obtain video access instructions and Zoom access information

1. The Trustee requests the Debtor to provide the following documents, or file with the Court the following amendments and pleadings, at least ten (10) days before the hearing noticed herein, to assist in resolving the Trustee's objections:

**Documents - Assets**
- Copy of real estate appraisal or BPO with comparable properties attached to support the value. OR increase the value of the real estate on Schedule A/B to match the current tax assessment of $304,200.

**Documents - Income**
- Copy of paystubs for the following period: July 2025 (both jobs).
- Bank and financial statements from all personal and business accounts for the period of: July 2025 (Virginia Credit Union (2), Chase, Cash App, Albert, Stash, and any other accounts).

**Documents - Other**
- File a pre-confirmation affidavit from Debtor(s), or other appropriate evidence to satisfy matters addressed in the affidavit.

**Pleadings**
- Amend Schedule E/F to disclose additional creditors as needed (payments to AfterPay, Sezzle, Paywithfour, Progressive Leasing, Zip, TransAmerica, Transform Credit, EarnIn, Grid, Hutsy, American First Finance being made). Serve added creditors with notice and the plan after amending the creditor matrix.
- Submit a wage order or establish automatic and recurring TFS account for plan payments.
- Amend Schedule A/B, Part 2 - 8 (other property): to disclose all accounts and the accurate balance for each (i.e. Navy Federal Credit Union Checking $4,354.40).
- Amend the Statement of Financial Affairs: to disclose gambling winnings or losses.
- Amend Form 122C-1 and 122C-2: to disclose child support income (average child support over 6 months was $706 monthly) and accurate gross wage income on Form 122C-1. Debtor is above median.

DERONDA M EUBANKS

2.  The Trustee objects to confirmation of the plan and requests that the Plan be amended to address the following issues:

    **Amend Plan or Suggest Confirmation Order Language**
    - Amend the plan to provide for the full secured debt arrearage claim, or object to the claim #7-1, filed by VHDA for $4,643.78 (higher than estimated).
    - Amend the plan to provide for the full secured debt arrearage claim, or object to the claim #8-1, filed by VHDA for $1,105.26 (higher than estimated).
    - Amend the plan to clarify that the chapter 7 test figure in Part 5.1 is at least $29,538 (pending review of bank statements).
    - Amend the plan to: correct conduit provisions and add Gap payments.

    **Objections**
    - The Plan periodic payments to an allowed secured claim are not in equal monthly installments as required by 11 U.S.C. Section 1325(a)(5)(B)(iii). Please correct treatment of Virginia Credit Union secured claim in Part 3.2.
    - The Plan does not meet the Chapter 7 liquidation test pursuant to 11 U.S.C. Section 1325(a)(4).
    - The Debtor(s) are in default of plan payments in the amount of $1,945.38 as of September 2, 2025.

3.  The Trustee prays that any confirmation order entered in this case shall include the following other provisions:

    -

4.  The Trustee shall ask for dismissal or conversion of the case if the Debtor does not timely commence making Plan payments at the rate and in the amounts stated in their Plan. If the Plan calls for payments through an automatic wage deduction from an employer, the Debtor must make payments directly to the Trustee until the wage deduction takes effect.

   **WHEREFORE,** your Trustee requests that the Court dismiss or convert this case if the Debtor(s) fail to do any of the following: (i) resolve the objections noticed herein, (ii) provide the requested modifications, documents, amendments, and/or actions; (iii) appear at the original or adjourned Meeting of Creditors; (iv) remain current in Plan payments; or (v) file a confirmable Plan.

Dated: September 02, 2025

/s/ Shannon Morgan

Shannon Morgan
Attorney for the Chapter 13 Trustee,
Angela M. Scolforo
P. O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net

DERONDA M EUBANKS

Case No. 25-60870
Page 3

## CERTIFICATE OF SERVICE

I certify that a true copy of this Trustee's Request for Documents and Amendments, Objection to Confirmation, and Motion to Dismiss or Convert was served by first class mail, postage paid, upon the Debtor and served electronically upon the Debtor's counsel on September 02, 2025.

/s/ Shannon Morgan

Shannon Morgan
Attorney for the Chapter 13 Trustee,
Angela M. Scolforo
P. O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net