# United States Bankruptcy Court
## Western District of Virginia

| | | | |
|---|---|---|---|
| In re | **Deronda M Eubanks** | Case No. | **25-60870** |
| | Debtor(s) | Chapter | **13** |

## AMENDED CHAPTER 13 PLAN COVER SHEET AND NOTICE OF HEARING

The attached plan is an amended plan that replaces the ☑ confirmed or ☐ unconfirmed plan dated **September 25, 2025**.

The Court shall hold a hearing on confirmation of the attached plan and any timely filed objections on April 23, 2026 before Judge Rebecca Connelly at 9:30 a.m.  The parties may access the hearing using the following URL: https://vawb-uscourtsgov.zoomgov.com/j/1603692643.  Alternatively, parties may log in to their Zoom account and join the meeting using Meeting ID number 160 369 2643.

The following describes the section(s) of the plan being amended, the change in treatment, the affected creditor(s), and the impact of the change:

| Section of Plan | Change in Treatment | Creditor | Impact of Change |
|---|---|---|---|
| 2.1 | Increase Funding | Ridgecrest Homeowners' Association | Increases Funding |
| 2.4 | Increase Funding | Ridgecrest Homeowners' Association | Increases Funding |
| 3.1 | Increase Funding and Provide for Secured POC | Ridgecrest Homeowners' Association | Increases Funding |
| 4.2 | Increase Trustee Fees | n/a | Increases Funding |
| 4.3 | Increase Attorney Fees | n/a | Increases Funding |

| |
|---|
| **/s/ Suad Bektic** |
| **Suad Bektic** |
| Counsel for Debtor(s) |

*Counsel for the debtor shall file a separate certification of mailing and/or service of the amended chapter 13 plan and this cover sheet, unless the Court orders otherwise.*

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Deronda M Eubanks** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF VIRGINIA** |
| Case number: | **25-60870** |
| (If known) | |

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.
2.1, 2.4, 3.1, 4.2, 4.3

Official Form 113
**Chapter 13 Plan**                                                                                               **12/17**

---

**Notices**

**To Debtor(s):**   **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:**   **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**
You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. ***Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ **Included** | ☐ **Not Included** |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ **Included** | ☑ **Not Included** |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☑ **Included** | ☐ **Not Included** |

---

**Plan Payments and Length of Plan**

**2.1**      **Debtor(s) will make regular payments to the trustee as follows:**

**$2,529.00** per **Month** for **4** months, beginning April 25, 2026, then **$3, 049.00** per **Month** for **48** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2**      **Regular payments to the trustee will be made from future income in the following manner.**

*Check all that apply:*
☐      Debtor(s) will make payments pursuant to a payroll deduction order.
☐      Debtor(s) will make payments directly to the trustee.
☑      Other (specify method of payment):
        **TFS**

**2.3 Income tax refunds.**
   *Check one.*
   ☑      Debtor(s) will retain any income tax refunds received during the plan term.

APPENDIX D                                     Chapter 13 Plan                                     Page 1

| Debtor | **Deronda M Eubanks** | Case number | **25-60870** |
|---|---|---|---|

☐   Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☐   Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑   **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**$15,379.96 has previously been paid to the Chapter 13 Trustee as of March 25, 2026.**

**2.5   The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $171,847.96**

**Part 3:   Treatment of Secured Claims**

**3.1   Maintenance of payments and cure of default, if any.**

*Check one.*

☐   **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☑   The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly payment on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **Virginia Housing** | **102 Greenwich Ct.** | **$1,168.00** <br> Disbursed by: <br> ☑ Trustee <br> ☐ Debtor(s) | **$4,643.78** | **0.00%** | **Pro-Rata** | **$74,956.78** |
| **Virginia Housing** | **102 Greenwich Ct. Charlottesville, VA** | **$42.00** <br> Disbursed by: <br> ☑ Trustee <br> ☐ Debtor(s) | Prepetition: **$1,105.26** | **0.00%** | **Pro-Rata** | **$3,541.26** |
| **US Dept HUD** | **102 Greenwich Ct. Charlottesville, VA** | **Payments Begin in 2053** <br> Disbursed by: <br> ☑ Trustee <br> ☐ Debtor(s) | Prepetition: **$0.00** | **0.00%** | **Pro-Rata** | **$0.00** |
| **Ridgecrest Homeowners' Association** | **102 Greenwich Ct. Charlottesville, VA** | **$202.00** <br> Disbursed by: | Prepetition: **$3,885.16** | **5.00%** | **Pro-Rata** | **$4,860.16** |

| Debtor | **Deronda M Eubanks** | Case number | **25-60870** |
|---|---|---|---|

☑ Trustee
☐ Debtor(s)

*Insert additional claims as needed.*

**3.2** **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ The debtor(s) request that the court determine the value of the secured claims listed below. For each non-governmental secured claim listed below, the debtor(s) state that the value of the secured claim should be as set out in the column headed *Amount of secured claim*. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated below.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

The holder of any claim listed below as having value in the column headed *Amount of secured claim* will retain the lien on the property interest of the debtor(s) or the estate(s) until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or

(b) discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

| Name of creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Monthly payment to creditor | Estimated total of monthly payments |
|---|---|---|---|---|---|---|---|---|
| **Virginia Credit Union** | **$39,205.19** | **2020 Acura MDX** | **$33,600.00** | **$0.00** | **$33,600.00** | **7.74%** | **$70 for 5 mo. then $984.00 for 47 mos** | **$46,603.20** |

*Insert additional claims as needed.*

**3.3** **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4** **Lien avoidance**.

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

*Check one.*
☑ **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

| Part 4: | **Treatment of Fees and Priority Claims** |
|---|---|

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**

| Debtor | **Deronda M Eubanks** | Case number | **25-60870** |
|---|---|---|---|

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **10.00**% of plan payments; and during the plan term, they are estimated to total $**15,697.00**.

**4.3      Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**3,100.00**.

**4.4      Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐      **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

| Name of creditor | Estimated amount of creditor's total claim | Priority Amount | General Unsecured Amount | Interest rate | Monthly payment to creditor | Estimated total of monthly payments |
|---|---|---|---|---|---|---|
| Internal Revenue Service | $798.81 | $744.99 | $53.82 | 5% | Pro-Rata | $840 |

**4.5      Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☑      **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | Treatment of Nonpriority Unsecured Claims |
|---|---|

**5.1      Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐      The sum of $_____ .
☑      __34.00__% of the total amount of these claims, an estimated payment of $__17,647.00__ .
☐      The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $__7,685.00__. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2      Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑      **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3      Other separately classified nonpriority unsecured claims.** *Check one*.

☑      **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

| Part 6: | Executory Contracts and Unexpired Leases |
|---|---|

**6.1      The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑      **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | Vesting of Property of the Estate |
|---|---|

Debtor   **Deronda M Eubanks**                                    Case number   **25-60870**

**7.1      Property of the estate will vest in the debtor(s) upon**
*Check the applicable box:*
☑ plan confirmation.
☐ entry of discharge.
☐ other: _____

---

| Part 8: | **Nonstandard Plan Provisions** |
| --- | --- |

**8.1      Check "None" or List Nonstandard Plan Provisions**
          ☐      **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

*The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.*
**NOTE REGARDING PART 3.1: Conduit Plan**
**Pursuant to Part 3.1, the Trustee shall pay the designated post-petition mortgage payments through the plan.  These mortgage payments shall be classified and paid as follows:**

**Pre-petition Arrears:  The prepetition arrears are $4,643.78 on the first Deed of Trust and $1,105.26 on the second Deed of Trust.**

**GAP Payments: The first two post-petition mortgage payments shall be disbursed pro-rata by the Trustee as post-petition arrears, including late fees, in the approximate amount of $2,569.00, for the months of August 2025 and September 2025.**

**Ongoing Payments: The regular post-petition mortgage payments of $1,168.00 per month shall be disbursed by the Trustee beginning October, 2025 for 58 months.**

**At the completion of the term of the plan, it is estimated that the Debtor shall resume monthly mortgage payments directly pursuant to the terms of the mortgage contract beginning with the payment in September, 2030.**

**NOTE REGARDING PART 3.1: POST-PETITION MORTGAGE FEES:**
**Any fees, expenses, or charges accruing on claims set forth in Section 3.1 of this Plan which are noticed to the debtors pursuant to Bankruptcy Rule 3002.1(c) shall not require modification of the debtors' plan to pay them.  Instead, any such fees, expenses, or charges shall, if allowed, be payable by the debtors outside the Plan unless the debtor chooses to modify the plan to provide for them.**

**NOTE REGARDING PARTS 3.2 AND 3.3 [ADEQUATE PROTECTION PAYMENTS]:**
**The debtors propose to make adequate protection payments other than as provided in Local Rule 4001-2.**
**Unless otherwise provided herein, the monthly payment amounts listed in Parts 3.2 and 3.3 of this Chapter 13 Plan will be paid as adequate protection beginning prior to confirmation to the holders of allowed secured claims.**

**NOTE REGARDING PART 3.5 (SURRENDER OF COLLATERAL):**
**Any unsecured proof of claim for a claim of deficiency that results from the surrender and liquidation of collateral noted in Part 3.5 of this Plan must be filed by the earlier of the following or such claim shall be forever barred: (1) within 180 days of the date of the first confirmation order confirming a plan providing for the surrender of said collateral, (2) within the time period for the filing of an unsecured deficiency claim as established by any Order granting relief from the automatic stay with respect to said collateral. Said unsecured proof of claim for a deficiency must include appropriate documentation establishing that the collateral surrendered has been liquidated, and the proceeds applied.**

**NOTE REGARDING PART 4.3 (DEBTORS' ATTORNEY'S FEES):**
**The $3,100.00 in Debtor(s)' attorney's fees to be paid by the Chapter 13 Trustee are broken down as follows:**
**(i)  $2,750.00: Fees to be approved, or already approved, by the Court at initial plan confirmation;**
**(ii) $_____: Additional pre-confirmation or post-confirmation fees already approved by the Court by separate order or in a previously confirmed modified plan;**
**(iii) $350.00: Additional post-confirmation fees being sought in this modified plan, which fees will be approved when this plan is confirmed.**

**NOTE REGARDING TREATMENT AND PAYMENT OF CLAIMS**
**--All creditors must timely file a proof of claim to receive any payment from the Trustee.**
**--If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This**

---

| Debtor | **Deronda M Eubanks** | Case number | **25-60870** |
|---|---|---|---|

**paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.**
**--If a claim is listed in the Plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.**
**--The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.**

---

**Part 9:    Signature(s):**

**9.1       Signatures of Debtor(s) and Debtor(s)' Attorney**
*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

X    **/s/ Deronda M Eubanks**                               X    _____
**Deronda M Eubanks**                                             Signature of Debtor 2
Signature of Debtor 1

Executed on   **March 25, 2026**                        Executed on   _____

X    **/s/ Suad Bektic**                           Date   **March 25, 2026**
**Suad Bektic**
Signature of Attorney for Debtor(s)

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

| Debtor | **Deronda M Eubanks** | Case number | **25-60870** |

## Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | **$78,498.00** |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | **$46,603** |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | **$0.00** |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | **$0.00** |
| e. | **Fees and priority claims** *(Part 4 total)* | **$18,764.00** |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | **$17,647.00** |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | **$0.00** |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | **$0.00** |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | **$0.00** |
| j. | **Nonstandard payments** *(Part 8, total)* + | **$0.00** |

**Total of lines a through j**                                    **$166,092.00**

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

In re:       **Deronda M Eubanks**                                    **Chapter 13**

**Case No.**   **25-60870**

**Debtor(s).**

**CERTIFICATION OF MAILING AND/OR SERVICE OF CHAPTER 13 PLAN**

I certify that a true and correct copy of the chapter 13 plan or the amended chapter 13 plan and amended plan cover sheet, filed electronically with the Court on **March 25, 2026**, has been mailed by first class mail postage prepaid to all creditors, equity security holders, and other parties in interest, including the United States Trustee, on **March 25, 2026**.

If the plan contains (i) a request under section 522(f) to avoid a lien or other transfer of property exempt under the Code or (ii) a request to determine the amount of a secured claim, the plan must be served on the affected creditors in the manner provided by Rule 7004 for service of a summons and complaint.  I certify that a true and correct copy of the chapter 13 plan has been served on the following parties pursuant to Rule 7004:

| **Name** | **Address** | **Method of Service** |
|---|---|---|
|  |  |  |

/s/ Suad Bektic
**Suad Bektic**
Counsel for Debtor(s)

13CertMailServ (12/17)

Fill in this information to identify your case:

Debtor 1          **Deronda M Eubanks**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number    **25-60870**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income
**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- |
| **Employment status*** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Permit Technician** | |
| **Employer's name** | **City of Charlottesville** | |
| **Employer's address** | **P.O. Box 2854**<br>**Charlottesville, VA 22902** | |
| **How long employed there?** | **12 Years** | |

**\*See Attachment for Additional Employment Information**

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **5,081.35** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **5,081.35** | $ **N/A** |

Debtor 1   **Deronda M Eubanks**     Case number (*if known*)   **25-60870**

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **5,081.35** | $   **N/A** |

5. **List all payroll deductions:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ | **1,283.95** | $ | **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ | **0.00** | $ | **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ | **0.00** | $ | **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ | **0.00** | $ | **N/A** |
| 5e. | **Insurance** | 5e. | $ | **486.55** | $ | **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ | **0.00** | $ | **N/A** |
| 5g. | **Union dues** | 5g. | $ | **0.00** | $ | **N/A** |
| 5h. | **Other deductions.** Specify:   **Supp Emp Life** | 5h.+ | $ | **10.97** | + $ | **N/A** |
| | **Def Ben Plan** | | $ | **34.06** | $ | **N/A** |
| | **Sup Child Life** | | $ | **0.38** | $ | **N/A** |
| | **Non Cash Ded** | | $ | **4.14** | $ | **N/A** |
| | **FSA** | | $ | **83.33** | $ | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | **1,903.38** | $   **N/A** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | **3,177.97** | $   **N/A** |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ **0.00**    $ **N/A**

8b. **Interest and dividends**    8b.   $ **0.00**    $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ **448.78**    $ **N/A**

8d. **Unemployment compensation**    8d.   $ **0.00**    $ **N/A**

8e. **Social Security**    8e.   $ **0.00**    $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.   $ **0.00**    $ **N/A**

8g. **Pension or retirement income**    8g.   $ **0.00**    $ **N/A**

8h. **Other monthly income.** Specify:   **Sentara Martha Jefferson - Net Income**    8h.+   $ **1,944.40**   + $ **N/A**

| | | | | | |
|---|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | **2,393.18** | $   **N/A** |

10. **Calculate monthly income.** Add line 7 + line 9.    10.   $ **5,571.15** + $ **N/A** = $ **5,571.15**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.   +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.   $ **5,571.15**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■   No.
☐   Yes. Explain: _____

Debtor 1   **Deronda M Eubanks**                                    Case number (*if known*)   **25-60870**

## Official Form B 6I
## Attachment for Additional Employment Information

| **Debtor** | |
|---|---|
| Occupation | |
| Name of Employer | **Sentara Martha Jefferson Hospital** |
| How long employed | **18 years** |
| Address of Employer | |

Official Form 106I                    **Schedule I: Your Income**                    page 3

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Deronda M Eubanks** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **25-60870** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ■ Yes |
| **Son** | **16** | |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 180.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 42.00 |

Debtor 1   **Deronda M Eubanks**                                    Case number (if known)   **25-60870**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | **255.00** |
| | 6b.   Water, sewer, garbage collection | 6b. $ | **112.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **225.00** |
| | 6d.   Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **1,100.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **175.00** |
| 10. | **Personal care products and services** | 10. $ | **150.00** |
| 11. | **Medical and dental expenses** | 11. $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **433.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **25.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | **0.00** |
| | 15b.   Health insurance | 15b. $ | **0.00** |
| | 15c.   Vehicle insurance | 15c. $ | **84.33** |
| | 15d.   Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **Personal Property Taxes, Inspections & Tags** | 16. $ | **60.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c.   Other. Specify: | 17c. $ | **0.00** |
| | 17d.   Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $ 19. | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | **0.00** |
| | 20b.   Real estate taxes | 20b. $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **3,041.33** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **3,041.33** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **5,571.15** |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b. -$ | **3,041.33** |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **2,529.82** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.        Explain here:

Eubanks, Deronda - 25-60870 1

IRS
P.O. BOX 7346
PHILADELPHIA, PA 19255


COMMONWEALTH OF VIRGINIA
P.O. BOX 2156
RICHMOND, VA 23218-0610


AFTER PAY
760 MARKET STREET FLOOR 2
SAN FRANCISCO, CA 94102


AMERICAN EXPRESS
CORRESPONDENCE/BANKRUPTCY
P.O. BOX 981540
EL PASO, TX 79998


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998


AMERICAN FIRST FINANCE
P.O. BOX 565848
DALLAS, TX 75356


BANK OF AMERICA
ATTN: BANKRUPTCY DEPT.
4909 SAVARESE CIRCLE
TAMPA, FL 33634


BANK OF AMERICA
P.O. BOX 982238
EL PASO, TX 79998


BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY DEPT.
P.O. BOX 8801
WILMINGTON, DE 19899


CAPITAL ONE
ATTN: BANKRUPTCY DEPT.
P.O. BOX 30285
SALT LAKE CITY, UT 84130

Eubanks, Deronda - 25-60870 2

CAPITAL ONE
P.O. BOX 31293
SALT LAKE CITY, UT 84131


CITI CARD/BEST BUY
ATTN: BANKRUPTCY DEPT.
P.O. BOX 790040
ST LOUIS, MO 36179


CITI CARD/BEST BUY
P.O. BOX 6497
SIOUX FALLS, SD 57117


CITIBANK
ATTN: BANKRUPTCY DEPT.
P.O. BOX 790040
ST LOUIS, MO 63179


CITIBANK
P.O. BOX 6217
SIOUX FALLS, SD 57117


COMENITY BANK/LANE BRYANT
ATTN: BANKRUPTCY DEPT.
P.O. BOX 18215
COLUMBUS, OH 43218


COMENITY BANK/LANE BRYANT
P.O. BOX 182789
COLUMBUS, OH 43218


DISCOVER FINANCIAL
ATTN: BANKRUPTCY DEPT.
P.O. BOX 3025
NEW ALBANY, OH 43054


DISCOVER FINANCIAL
P.O. BOX 30939
SALT LAKE CITY, UT 84130


EARNIN
P.O. BOX 46
PALO ALTO, CA 94302

Eubanks, Deronda - 25-60870  3

ELASTIC REPUBLIC BANK
PO BOX 950276
LOUISVILLE, KY 40295

ELASTIC REPUBLIC BANK
4030 SMITH RD.
CINCINNATI, OH 45209

GENESIS FS CARD
ATTN: BANKRUPTCY DEPT.
P.O. BOX 4477
BEAVERTON, OR 97076

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY DEPT.
P.O. BOX 70379
PHILADELPHIA, PA 19176

GOLDMAN SACHS BANK USA
LOCKBOX 6112
PHILADELPHIA, PA 19170

GRID
55 HAWTHORNE STREET
SAN FRANCISCO, CA 94105

HUTSY
2500-88 QUEENS QUAY
TORONTO, ON  M5J 0B8

JEFFERSON CAPITAL SYSTEMS, LLC
ATTN: BANKRUPTCY DEPT.
16 MCLELAND ROAD
SAINT CLOUD, MN 56303

KIKOFF LENDING, LLC
ATTN: BANKRUPTCY DEPT.
75 BROADWAY SUITE 226
SAN FRANCISCO, CA 94111

MONEYLION, INC
ATTN: BANKRUPTCY DEPT
P.O. BOX 1547
SANDY, UT 84091

Eubanks, Deronda - 25-60870 4

OPPLOANS/OPPORTUNITY FINANCIAL
ATTN: BANKRUPTCY DEPT.
130 E. RANDOLPH ST., STE 3400
CHICAGO, IL 60601


PAY WITH FOUR
20807 BISCAYNE BLVD STE 102
MIAMI, FL 33180


PROGRESSIVE LEASING
P.O. BOX 413110
SALT LAKE CITY, UT 84141-3110


REGIONAL FINANCE HQ
979 BATESVILLE RD.
SUITE B
GREER, SC 29651


RIDGECREST HOMEOWNERS ASSOC.
NEIL WALTERS ESQ
P.O. BOX 2737
CHARLOTTESVILLE, VA 22902


SEZZLE
P.O. BOX 3320
MINNEAPOLIS, MN 55403


SYNCB/G HOME
P.O. BOX 71757
PHILADELPHIA, PA 19176


SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT.
P.O. BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT.
P.O. BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK
P.O. BOX 71727
PHILADELPHIA, PA 19176

Eubanks, Deronda - 25-60870 5

SYNCHRONY BANK
P.O. BOX 71727
PHILADELPHIA, PA 19176


SYNCHRONY BANK/SAMS CLUB
ATTN: BANKRUPTCY DEPT.
P.O. BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK/SAMS CLUB
P.O. BOX 71727
PHILADELPHIA, PA 19176


SYSTEMS & SERVICES TECHNOLOGIES
ATTN: BANKRUPTCY DEPT.
4315 PICKETT RD.
SAINT JOSEPH, MO 64503


TD BANK N.A.
222 N. LASALLE ST.
CHICAGO, IL 60601


TENAGLIA & HUNT P.A.
9211 CORPORATE BLVD. STE 130
ROCKVILLE, MD 20850


TRANSAMERICA
9100 ARBORETUM PKWY STE 175
RICHMOND, VA 23236


TRANSFORM CREDIT
1440 W TAYLOR STREET #431
CHICAGO, IL 60607


TRUIST BANK
P.O. BOX 849
WILSON, NC 27894


US DEPT. OF HOUSING/URBAN DEV.
451 7TH STREET SW
WASHINGTON, DC 20410

Eubanks, Deronda - 25-60870 6

UVA HEALTH
P.O. BOX 800750
CHARLOTTESVILLE, VA 22908


VIRGINIA CREDIT UNION
ATTN: BANKRUPTCY DEPT.
P.O. BOX 90010
RICHMOND, VA 23225


VIRGINIA CREDIT UNION
ATTN: BANKRUPTCY DEPT.
P.O. BOX 90010
RICHMOND, VA 23225


VIRGINIA CREDIT UNION
P.O. BOX 6713
RICHMOND, VA 23230


VIRGINIA HOUSING
ATTN: BANKRUPTCY DEPT.
601 SOUTH BELVIDERE ST.
RICHMOND, VA 23220


VIRGINIA HOUSING
ATTN: BANKRUPTCY DEPT.
601 SOUTH BELVIDERE ST.
RICHMOND, VA 23220


ZIP LOAN
307 W TREMONT AVE SUITE 200
CHARLOTTE, NC 28203